UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                        )
CHAPDELAINE CORPORATE SECURITIES        )
& CO.,                                  )
                                        )
                 Plaintiff,             )
                                        )    05 CV 10711 (SAS)
         vs.                            )
                                        )    **ECF CASE**
THE DEPOSITORY TRUST & CLEARING         )
CORPORATION, FIXED INCOME CLEARING      )
CORPORATION and NATIONAL SECURITIES     )
CLEARING CORPORATION,                   )
                                        )
                 Defendants.            )
_____)

## DECLARATION OF JOHN C. STELLABOTTE

1. I am a senior counsel to the firm Proskauer Rose LLP, counsel for The Depository Trust & Clearing Corporation, Fixed Income Clearing Corporation, and National Securities Clearing Corporation, Defendants in the above-captioned matter. I am a member of the Bar of this Court.

2. I submit this Declaration in support of Defendants' Motion to Dismiss The First And Second Causes Of Action Of The Complaint ("the Motion") to certify compliance with this Court's Individual Rules and Procedures and to place before the Court a true and accurate copy of Plaintiff's Complaint.

3. I certify that counsel for the Defendants and counsel for the Plaintiff exchanged pre-motion letters on January 26, 2006 and February 2, 2006, in accordance with the Individual Rules and Procedures of this Court, prior to the filing of the Motion.

4.      Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's Complaint, dated December 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on February 10, 2006.

                                                           /s/ John C. Stellabotte-----------
                                                            John C. Stellabotte