UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                           :

CHAPDELAINE CORP. SEC. & CO.,

                                                           :        **ORDER OF**
                    Plaintiff,             **<u>DISCONTINUANCE</u>**
                                                            :

     -against-                              05 Civ. 10711 (SAS)
                                                             :

THE DEPOSITORY TRUST &
CLEARING CORP., et al.                            :

                    Defendants.     :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action,

       IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                       SO ORDERED:

                                                       Shira A. Scheindlin
                                                       U.S.D.J.

Dated:     New York, New York
              June 12, 2007

- Appearances -

**For Plaintiff:**

Louis S. Ederer, Esq.
David G. Kleiman, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

**For Defendants:**

John C. Stellabotte, Esq.
Paula Miller, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
(212) 469-3413