# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

July 12, 2007

**VIA FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, N.Y. 10007
Fax: (212) 805-7920

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/07

JUL 12 2007

Re:   Chapdelaine MBS LLC v. The Depository Trust & Clearing Corp. et al., 05 Civ. 10711 (SAS) (KNF)

Dear Judge Scheindlin:

We represent the Plaintiff Chapdelaine MBS LLC in the above action. We write this letter on behalf of all parties.

As you may recall, when the parties were last before Your Honor on June 12, 2007 we informed the Court that the parties had reached a settlement in principle. As a result, the Court entered a thirty (30) day Order of Discontinuance (through today, July 12) to allow the parties to finalize their agreement, without prejudice to Plaintiff's right to restore the action within that time period ("June 12 Order").

The parties are now pleased to report that they have finalized all terms of settlement and a Settlement Agreement is to be executed today. However, because certain conditions of settlement cannot occur until early next week, as a protective measure, the parties jointly request that the June 12 Order be extended for five days (until July 17, 2007). Since the 30 day period expires today, in order to avoid having to restore the case, we ask the Court to rule on the parties' joint request this afternoon if possible. If acceptable, perhaps the Court can so indicate by memo endorsing this letter application.

Should the Court have any questions or concerns, the parties are available to discuss this matter today.

We thank the Court for its consideration.

Respectfully submitted,

Louis S. Ederer

cc: Gregg Mashberg, Esq.

*Request granted. The thirty-day order of discontinuance entered on June 12, 2007 is extended five days and will expire on July 17, 2007. SO ORDERED.*

*Dated: July 12, 2007*

*Shira A. Scheindlin, U.S.D.J.*